JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| L. C. CUNNINGHAM,<br><br>           Petitioner,<br><br>           v.<br><br>C. PFIEFFER, Warden,<br><br>           Respondent. | No. 2:20-cv-07903-JFW (JDE)<br><br>JUDGMENT |

Pursuant to the Order Summarily Dismissing Petition for Writ of Habeas Corpus and Referring a Portion Thereof to the Ninth Circuit Court of Appeals Pursuant to Ninth Circuit Rule 22-3(A),

IT IS HEREBY ADJUDGED AND DECREED that:

(1) Grounds Two, Four, Five, Seven, Eight, Nine, and Ten, in their entirety, and Grounds One and Six, to the extent they relate to the 2017 parole decision, of the Petition ARE DISMISSED WITH PREJUDICE; and

/ / /

(2)     Ground Three, in its entirety, and Grounds One and Six, to the extent they relate to Petitioner's 1986 conviction, of the Petition are DISMISSED WITHOUT PREJUDICE in this Court.

Dated: October 15, 2020

                                   JOHN F. WALTER
                                   United States District Judge